1 Janine C. Prupas, Bar No. 9156
2 Dawn L. Davis, Bar No. 13329
SNELL & WILMER L.L.P.
3 50 West Liberty Street, Suite 510
Reno, Nevada 89501
4 Telephone: 775-785-5440
Facsimile: 775-785-5441
5 Email: jprupas@swlaw.com
ddavis@swlaw.com
6

7 Stephen J. Joncus, *Pending Pro Hac Vice*
JONCUS LAW P.C.
8 13203 SE 172nd Ave. Ste 166 #344
Happy Valley, Oregon 97086
9 Telephone: 971-236-1200
Facsimile: 971-244-7997
10 Email: steve@joncus.net

*Attorneys for Defendant
Red Rock Sourcing LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SKYWALKER HOLDINGS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>RED ROCK SOURCING, LLC, a Nevada limited liability company; and DOES 1-10,<br><br>Defendant. | Case No. 2:19-cv-01401-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Skywalker Holdings, LLC and Defendant Red Rock Sourcing LLC, stipulate and agree that Defendant has up to and including Monday, March 30, 2020 to respond to Plaintiff's Amended Complaint for Patent Infringement (Doc. No. 10). Defendant's response is currently due Monday, March 9, 2020. Defense counsel requires this additional time as local counsel for Defendant was recently retained and Defendant needs further time to evaluate the case. The parties agree that this extension will not prejudice any of the parties to this action.

| | |
|---|---|
| 1 | This is the first request for extension of time. |
| 2 | Dated this 9th day of March, 2020. |

HOLLAND & HART
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

| JONES WALDO HOLBROOK & MCDONOUGH PC | SNELL & WILMER L.L.P. |
|---|---|
| By: */s/ Timothy B. Smith* <br> P. Matthew Muir, No. 12457 <br> Timothy B. Smith (pending pro hac vice) <br> 170 South Main Street, Suite 1500 <br> Salt Lake City, Utah 84111 | By: */s/ Janine C. Prupas* <br> Janine C. Prupas, No. 9156 <br> Dawn L. Davis, No. 13329 <br> 50 West Liberty Street, Suite 510 <br> Reno, Nevada 89501 |
| *Attorneys for Plaintiff* <br> *Skywalker Holdings, LLC* | *Attorneys for Defendant* <br> *Red Rock Sourcing LLC* |

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE
DATED: 3-10-2020